# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALLAN D. SIMS, JR.,**

    **Plaintiff,**

v.                                        Case No. 4:18cv431-MW/CAS

**BRYAN HAYDEN, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's third amended complaint, ECF No. 13, is **DISMISSED** for failure to state a claim upon which relief may be granted and because Plaintiff has failed to comply with a Court Order and prosecute this case." The Clerk shall also close the file.

**SO ORDERED on November 7, 2019.**

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current mailing address as evidenced by returned mail. ECF Nos. 16, 17 and 19.